ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's "Motion for Determination of the Propriety of the Filing of the Judgment in the Newington Town Land Records" in the appeal from the Superior Court in Hartford County is dismissed.

*Nina B. Varley,* pro se, in support of the motion.

Submitted October 3—decided November 4, 1975

EVELYN P. LONERGAN *v.* CONNECTICUT FOOD STORE, INC.

The plaintiff's "Motion to Reconsider Review of Taxation of Costs" in the appeal from the Superior Court in Windham County is granted and this court, having reconsidered, affirms its prior ruling.

*Herbert A. Lane,* in support of the motion.

Submitted October 8—decided November 4, 1975

AIJA B. VAN PATTEN *v.* PHILIP S. VAN PATTEN

The plaintiff's motion for a review of the trial court's ruling to terminate the stay of execution filed September 25, 1975, in the appeal from the Superior Court in New London County is granted and the relief sought therein is denied.

The plaintiff's "Application for Oral Argument" in the appeal from the Superior Court in New London County is denied.

*G. J. Stillson MacDonnell* and *Carolyn P. Kelly,* in support of the motions.